## SMITH *et al.* v. AULTMAN.

GILBERT, J. 1. The court did not err in overruling the demurrer to the amendment offered by the plaintiff to the petition.

2. "An error in a decree or judgment can not be made a ground of exception to the overruling of a motion for new trial." *Sweetman* v. *Owens,* 147 *Ga.* 436 (2) (94 S. E. 542), and authorities cited; *Fowler* v. *Johnson,* 151 *Ga.* 122 (106 S. E. 90).

3. No error is shown; the verdict is supported by evidence; the court did not err in overruling the motion for a new trial.

*Judgment affirmed. All the Justices concur.*

No. 4612. APRIL 20, 1925.

Equitable petition. Before Judge Mathews. Bibb superior court. September 20, 1924.

*Robert W. Barnes* and *E. C. Collins,* for plaintiffs in error.

*Harris, Harris & Popper,* contra.